**Order entered September 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00401-CV

**JOANN BROOKS AND MARY ROZANSKI, Appellants**

**V.**

**PAUL HEDLEY BATCHELOR, Appellee**

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR10-1373-2**

## ORDER

Before the Court is appellants' September 4, 2013 "motion to respond to attorney Bruce Long's and appellee Paul Batchelor's ongoing non-factual bluster/outright lies." The Court **DENIES** the motion. Pursuant to the Court's September 5, 2013 order and subject to the submission panel's direction, no further briefing may be filed.

/s/     ELIZABETH LANG-MIERS
        JUSTICE